# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| COLLEEN M. AUER, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANT'S** |
| | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **UNDER SEAL** |
| vs. | ) | |
| | ) | |
| CITY OF MINOT, a North Dakota Municipal Corporation, | ) ) | |
| | ) | Case No. 4:15-cv-00040 |
| Defendant. | ) | |

Before the court is defendant's motion for leave to file documents under seal pursuant to D.N.D. Civ. L.R. 5.1(D). Defendant's motion concerns the Second Affidavit of Lisa Jundt, dated August 2, 2016, and an accompanying exhibit. The exhibit details email accounts, including personal email accounts, and electronic devices searched in response to plaintiff's discovery requests. Given the personal nature of these accounts, the court finds it appropriate to allow defendant to file the affidavit and accompanying exhibit under seal.

The defendant's motion is **GRANTED**.

Dated this 4th day of August, 2016.

/s/ Charles S. Miller, Jr.

Charles S. Miller, Jr., Magistrate Judge

United States District Court